| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **JS-6** |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 16-2943-JFW (FFMx)** | Date:  May 24, 2016 |

Title:   Markham Speros -v- CWALT, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On May 5, 2016, the Court issued an Order dismissing Plaintiff Markham Speros's ("Plaintiff") Complaint without prejudice, and ordering Plaintiff to file an amended Complaint by May 19, 2016.  In the May 5, 2016 Order, the Court specifically stated that "Plaintiff is warned that failure to file an amended Complaint by May 19, 2016 will result in the dismissal of this action."  As of May 23, 2016, Plaintiff has failed to file an amended Complaint.  Accordingly, the Court hereby **DISMISSES** this action **without prejudice**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   cw